IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Hazel L. Dyer, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv454 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 7, 2015 Report and Recommendation (Doc. 20). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 22) and defendant filed a reply to the objections (Doc. 24).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner is AFFIRMED.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Judge Susan J. Dlott
                                                      United States District Court